

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York   10007
Tel. (212) 637-2712
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
ERIC N. JUBERG,                  :
                                 :
            Plaintiff,           :
                                 :
      - v. -                     :
                                 :  STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :  07 Civ. 3242 (LTS)(HBP)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

Copies mailed to P/A; faxed to AUSA
Chambers of Judge Swain   12-6-07

for further administrative proceedings.  The Clerk is directed to enter judgment.  See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated:  New York, New York
        November 15, 2007

                                              ERIC N. JUBERG
                                              Plaintiff <u>pro se</u>
                                              255 West 43rd Street
                                                Apt.#315
                                              New York, New York  10036
                                              Telephone No.: (212) 768-8989

                                              MICHAEL J. GARCIA
                                              United States Attorney
                                              Southern District of New York
                                              Attorney for Defendant

                               By:_____
                                  JOHN E. GURA, JR.
                                  Assistant United States Attorney
                                  86 Chambers Street - 3rd Floor
                                  New York, New York  10007
                                  Telephone No.: (212) 637-2712

SO ORDERED:

_____ 12/5/2007
UNITED STATES DISTRICT JUDGE